**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Daoto Thomas,

Plaintiff,

v.

Butler County, Ohio, *et al.,*

Defendants.

Case No. 2:26-cv-539

Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

Order

This matter is before the Court on the Magistrate Judge's August 5, 2026 Order and Report and Recommendation. The Magistrate Judge severed and dismissed without prejudice all of Plaintiff's claims except Plaintiff's Fourteenth Amendment procedural due process claims related to Butler County's determination that Plaintiff was incompetent to stand trial. The Magistrate Judge recommended that the remaining claims be DISMISSED for failure to state a claim on which relief can be granted under 28 U.S.C. § 1915(e)(2).

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Order and Report and Recommendation (Doc. 7) and adopts it in its entirety. The Court thus DISMISSES Plaintiff's Fourteenth Amendment procedural due process claims related to Butler County's determination that Plaintiff was incompetent to stand trial. The motion to appoint counsel (Doc. 4) is denied as moot. The Clerk of Court shall close the case and enter judgment consistent with this Order.

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: August 31, 2026